904

No. 428. LAPIN ET AL. v. SHULTON, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Francis George Stapleton* for petitioners. *Melvin H. Siegel* for respondents.

No. 431. GEORGE ET AL. v. DOUGLAS AIRCRAFT CO., INC. C. A. 2d Cir. Certiorari denied. *Wilbur E. Dow, Jr.*, for petitioners. *Harry Seidell* for respondent.

No. 517. TWOMBLEY v. CITY OF LONG BEACH ET AL. C. A. 9th Cir. Certiorari denied. *John B. Ogden* for petitioner. *Thomas C. Lynch*, Attorney General of California, *Jay L. Shavelson*, Assistant Attorney General, and *N. Gregory Taylor*, Deputy Attorney General, for the State of California et al., respondents. *Solicitor General Cox*, *Roger P. Marquis* and *George S. Swarth* filed a memorandum for the United States in opposition to request for consolidation.

Nos. 404 and 405. RE v. UNITED STATES;
No. 406. CASAGRANDE, ALIAS GRANDE v. UNITED STATES; and
No. 410. BATKIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. *Harris B. Steinberg* for petitioners in Nos. 404 and 405. *Michael P. Direnzo* for petitioners in Nos. 406 and 410. *Solicitor General Cox*, Assistant Attorney General *Miller*, *Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. Reported below: 336 F. 2d 306.

No. 88, Misc. HOLLAND v. MURRAY, POLICE DEPARTMENT CHIEF. C. A. D. C. Cir. Certiorari denied.